**2007–1344. Day v. Wilson.**
Richland App. No. 07CA30. This cause is pending before the court as an appeal from the Court of Appeals for Richland County. Upon consideration of appellant's motion to compel the clerk of the court of appeals to file the record,

It is ordered by the court that the motion is denied as moot.

## MISCELLANEOUS DISMISSALS

**2007–1496. Ruffier v. Byers.**
In Prohibition. This cause originated in this court on the filing of a complaint for a writ of prohibition. Upon consideration of relator's application for dismissal,

It is ordered by the court that the application for dismissal is granted. Accordingly, this cause is dismissed.